PATTY *v*. MOORE and Another.—In error.

*Moore* and *Parker* sued *Patty* before a justice of the peace, and recovered a judgment for 13 dollars. *Patty* appealed to the Circuit Court, where the judgment against him was reduced to 6 dollars and 78 cents. The Circuit

Court gave judgment for the defendant for the costs before the justice, and in favor of the plaintiff for the costs in the Circuit Court. *Held*, that this was erroneous. *Patty* was entitled to a judgment for the costs made, both before the justice and in the Circuit Court. *Allen* v. *Hardesty*, 8 Blackf. 589.